Ill.App.3d 253, 280 N.E.2d 795.) In *People v. Davis,* 17 Ill.App.3d 127, 308 N.E.2d 34, an Assistant Public Defender waived a jury after having conferred with the defendant and this was held sufficient under *Sailor.*

Accordingly, the judgment of the Circuit Court of Cook County is affirmed.

Judgment affirmed.

Mr. JUSTICE BURKE took no part in the consideration or decision of this case.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Roosevelt Bridges, Defendant-Appellant.

(No. 59391;

First District (1st Division)—June 3, 1974.

PER CURIAM.
BURKE, J., took no part.

Howard T. Savage, of Chicago (Howard O. Edmonds, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Dennis J. O'Hara, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROY L. HAMIL, Defendant-Appellant.

(Nos. 58879, 59325 cons.;

First District (1st Division)—June 3, 1974.